# United States Court of Appeals for the Federal Circuit

---

September 18, 2025

**ERRATA**

---

Appeal No. 2023-2153

**COLIBRI HEART VALVE LLC,**
*Plaintiff-Appellee*

**v.**

**MEDTRONIC COREVALVE, LLC,**
*Defendant-Appellant*

---

Decided:  July 18, 2025
Precedential Opinion

---

Please make the following changes:

On page 6, line 8, change "self-expending" to "self-expanding"

On page 9, line 29, change "proposed the" to "proposed that the"

On page 16, line 11, change "pretrial" to "pre-trial"

On page 17, line 3, change "of particular" to "of the particular"